UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

2013 JUN 27  AM 10: 56

Judy Gayle Ferrell
_____

(Name of plaintiff or plaintiffs)

v.                              CIVIL ACTION NO._____

Neil Harris (owner)
Prestigious Carrier Inc
_____

(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, Judy Gayle Ferrell
                    (name of plaintiff)
is a citizen of the United States and resides at 3358 Kirby Trees Place ~~859 Wingfield~~
                                                  (street address)

Memphis                   US                        TN
(city)                   (country)                  (state)

~~38122~~ 38115            (901) 270-6125
(zip code)                (telephone number)

Revised 4-18-08

3. Defendant **Nell Harris (Prestigious Carriers, Inc.)**
(defendant's name)
lives at, or its business is located at **2117 Hillshire Circle - Suite 102 Memphis TN 38133**
(street address)

4. Plaintiff sought employment from the defendant or was employed by the defendant at **2117 Hillshire Circle, Suite 102**
(street address)
**Memphis** (city) **US** (country) **TN** (state) **38133** (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about **09** (day) **20** (month) **2011** (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about _____ (day) _____ (month) _____ (year).

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about **04** (day) **20** (month) **2013** (year).

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on **04 09 2013**. (Attach a copy of the notice to this complaint.)
(day) (month) (year)

9. Because of plaintiff's (1) ___ race, (2) ___ color, (3) ___ sex, (4) ___ religion, (5) ___ national origin, defendant

   (a) ___ failed to employ plaintiff.
   (b) ___ terminated plaintiff's employment.
   (c) ___ failed to promote plaintiff.
   (d) **Sex and Retaliation**

Revised 4-18-08

10. The circumstances under which defendant discriminated against plaintiff were as follows: I was sexual harrased by Kearra Harris. The Prestigious Carrier Inc wanted to put a book Life Insurance policy on me paying to Prestigious Carrier Inc. Pct deducted my pay down to bring home $454.00 and I am still salaried same title. I was promised full insurance and life insurance & pension but received nothing. I am being bullyied and threatened by [illegible] of employment. Prestigious Carrier Inc. Since this has happened I have been forced to apply for bankruptcy and struggling to pay my bills.

11. The acts set forth in paragraph 9 of this complaint

   (a) ____ are still being committed by defendant.

   (b) ____ are no longer being committed by defendant.

   (c) _X_ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) ____ Defendant be directed to employ plaintiff, or

   (b) ____ Defendant be directed to re-employ plaintiff, or

   (c) ____ Defendant be directed to promote plaintiff, or;

   (d) _✓_ Defendant be directed to pay 2011 taxes, pay deducted wages 02/20/2013 till present pain & suffering due to bullying & stress.

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13.   I would like to have my case tried by a jury. Yes (✓) No ( )

_____
SIGNATURE OF PLAINTIFF

Revised 4-18-08