# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JUDY GALE FERRELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:13-cv-02480-JTF-tmp |
| ) | |
| NEIL HARRIS and PRESTIGIOUS ) | |
| CARRIER, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**
**ORDER DISMISSING CASE**

Before the Court is Defendant Prestigious Carrier, Inc.'s Motion to Dismiss Complaint (D.E. #9), filed October 30, 2013, and Defendant Neil Harris' Motion to Dismiss Complaint (D.E. #10), filed October 30, 2013. Plaintiff filed her Response to Defendants' Motions to Dismiss on December 30, 2013. (D.E. #13). On June 28, 2013, this Court entered an Order Referring all Motions to the Magistrate Judge for Report and Recommendation, pursuant to 28 U.S.C. §§631-39. (D.E. #3).

On January 10, 2014, the Magistrate Judge filed his Report and Recommendation, recommending that Defendants' Motions "be denied without prejudice, for failure to comply with Local Rules" and that Defendants should be "permitted to refiled their motions to dismiss with supporting memorandum of facts and law, within thirty (30) days of the entry of the order adopting this report and recommendation." (D.E. #14). Objections to the Magistrate's Report and Recommendation were due January 24, 2014. No objections were filed in this matter.

1

After reviewing the Magistrate Judge's Report and Recommendation and the entire record, the Court hereby ADOPTS the Magistrate's Report and Recommendation.

IT IS THEREFORE ORDERED that Defendants' Motions to Dismiss are DISMISSED without prejudice. Defendants are permitted to refile their Motions to Dismiss within thirty (30) days the entry of this Order, or until March 3, 2014.

IT IS SO ORDERED this 31st day of January, 2014.

BY THIS COURT:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge