#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE WESTERN DISTRICT OF TENNESSEE
#### WESTERN DIVISION

| | | |
|---|---|---|
| JUDY GAYLE FERRELL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:13-cv-02480-SHL-tmp |
| | ) | |
| NEIL HARRIS AND PRESTIGIOUS CARRIER, INC., | ) ) | |
| Defendants. | ) | |

### JUDGMENT

**JUDGMENT BY COURT**.  This action having come before the Court on Plaintiff's *pro se* Complaint (ECF No. 1), filed June 27, 2013,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order  (ECF No. 41), filed September 4, 2014, and pursuant to Federal Rule of Civil Procedure  41(b), all claims by Plaintiffs against Defendants are hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED,** this 4th day of September, 2014.

s/ Sheryl H. Lipman
UNITED STATES DISTRICT JUDGE
